# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE REGENERON PHARMACEUTICALS, INC.** | **MISCELLANEOUS ACTION**<br><br>**NO. 24-49-KSM** |

## ORDER

**AND NOW**, this 6th day of September 2024, upon consideration of Regeneron Pharmaceuticals, Inc.'s ("Regeneron") Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 (Doc. No. 1) and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Application (Doc. No. 1) is **GRANTED**. Regeneron is granted leave to serve the subpoenas attached as Exhibits A and B to the Application (Doc. Nos. 1-1, 1-2), directing Sharp Packaging Services, LLC ("Sharp") to produce the documents and provide the testimony requested in the subpoenas pursuant to Federal Rule of Civil Procedure 45.

**IT IS FURTHER ORDERED** that Regeneron shall serve a copy of its Application and related materials (Doc. No. 1), this Court's Memorandum, and this Order on Sharp.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**